# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Official Caption[1]

2013-1459

AZURE NETWORKS, LLC and
TRI-COUNTY EXCELSIOR FOUNDATION,

                Plaintiffs-Appellants,

v.

CSR PLC and
CAMBRIDGE SILICON RADIO INTERNATIONAL, LLC,

                Defendants-Appellees,

and

ATHEROS COMMUNICATIONS, INC. and
QUALCOMM INCORPORATED,

                Defendants-Appellees,

and

BROADCOM CORPORATION,

                Defendant-Appellee,

and

MARVELL SEMICONDUCTOR, INC.,
RALINK TECHNOLOGY CORPORATION (TAIWAN), and
RALINK TECHNOLOGY CORPORATION (USA),

                Defendants-Appellees.

Appeal from the United States District Court for the Eastern District of Texas in case no. 11-CV-0139, Judge Michael H. Schneider.

Authorized Abbreviated Caption[2]

AZURE NETWORKS, LLC V CSR PLC, 2013-1459

---

[1] Required for use on petitions, formal briefs and appendices, court opinions, and court orders. FRAP 12(a); 32(a).
[2] Authorized for use only on items not requiring the Official Caption as listed in note 1.